IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:01CR11-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| TERRY W. STEWART | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion for relief from judgment pursuant to Fed. R. Crim. P. 60(b).

The Court has no jurisdiction to issue a ruling on Defendant's motion because his case is presently on appeal. Additionally, because the Defendant is represented by counsel, he may not file *pro se* motions with the Court. Any matter needing the Court's attention must be made through counsel.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for relief from judgment is hereby **DENIED**.

2

Signed: February 14, 2007

Lacy H. Thornburg
United States District Judge