IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL NO. 3:01CR11-2**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| TERRY W. STEWART | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion to alter or amend this Court's Order denying his motion for relief from judgment pursuant to Fed. R. Crim. P. 60(b). ***See* Order filed February 14, 2007.**

Finding no merit in the Defendant's motion to alter or amend,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to alter or amend is hereby **DENIED**.

Signed: March 5, 2007

Lacy H. Thornburg
United States District Judge